UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH LOWERY,<br><br>             Plaintiff,<br><br>        v.<br><br>PFIZER, INC., ET AL.<br><br>             Defendants. | No.  1:24-cv-01511 SKO<br><br>**NEW CASE NUMBER**<br><br>**1:24-cv-01511 BAM**<br><br>**ORDER OF RECUSAL** |

  It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

  IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

  IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Barbara A. McAuliffe.

  All future pleadings filed with the court shall use the following case number:

**1:24-cv-01511 BAM**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:  **December 18, 2024**          /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

1