UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH LOWERY,<br><br>        Plaintiff,<br><br>    v.<br><br>PFIZER INC., et al.,<br><br>        Defendants. | Case No.  1:24-cv-01511-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION**<br><br>(Doc. 14) |

    Currently before the Court is the joint stipulation of Plaintiff Faith Lowery and Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC, Prasco, LL d/b/a Prasco Laboratories, Viatris Inc., and Greenstone LLC to stay all deadlines and activities in this case. (Doc. 14.)

    In the joint stipulation, the parties indicate that they are aware of at least 47 other actions pending in 15 United States District Courts in which the plaintiff is alleging personal injuries relating to the use of Depo-Provera ("Depo-Provera cases").  (Doc. 14 at 3.)  On November 26, 2024, plaintiffs in several of the Depo-Provera cases petitioned the Judicial Panel on Multidistrict Litigation ("JPML") to centralize this and other Depo-Provera cases into a Multidistrict Litigation ("MDL").  The JPML has set that petition for hearing on January 30, 2025, and is expected decide the petition in early February 2025.  (*Id.*)  In light of the petition, the parties request to stay this action through at least February 28, 2025, pending a determination by the JPML.  The parties

1

agree that if the JPML has not ruled on the petition by February 28, 2025, then they will file a joint status update with this Court regarding the status of the petition and whether an extension of the stay is needed. (*Id.* at 4.) The parties further agree that if the JPML has denied the petition to centralize this and other actions, then Defendants shall have through and until 21 days after the JPML rules on the petition to respond to the Complaint. (*Id.*)

Having considered the joint stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The joint stipulation to stay action (Doc. 14) is GRANTED.
2. This action is STAYED through February 28, 2025, or until the JPML decides the petition, whichever is sooner.
3. The parties shall file a joint status update on February 28, 2025, if the action is not transferred to an MDL proceeding. If the petition is denied, Defendants shall have twenty-one (21) days after the JPML rules on the petition to respond to the Complaint.

IT IS SO ORDERED.

Dated:   **January 6, 2025**          /s/ *Barbara A. McAuliffe*          
                                UNITED STATES MAGISTRATE JUDGE

2